UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ZACHERY WILSON )<br>Plaintiff, )<br> )<br>v. )<br> )<br>ANGELA MIREE, et al., )<br>Defendants. ) | Case No. 2:16-cv-00634-MHH-SGC |

A F F I D A V I T

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Keller Speaks who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Keller Speaks. I am currently employed with the Alabama Department of Corrections as a Correctional Officer at William E. Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, Alabama 35023.

In this complaint, inmate Zachery Wilson B/198832 alleges that, I, Correctional Officer Keller Speaks, assaulted him while he was handcuffed behind his back. This is not true.

On April 12, 2017, I was present at William E. Donaldson. I have no knowledge of the alleged incident. On the day in question I was assigned to Y Unit and the only other unit I spent a substantial amount of time in was the Southside Unit after one of my fellow co-workers was assaulted with a weapon. At no time did I enter C or D Unit on that day.

_____
Keller Speaks, Correctional Officer

SWORN TO AND SUBSCRIBED before me this 31st day of January 2018.

_____
Faylor Rutley, NOTARY PUBLIC
October 31, 2020
_____
My Commission Expires

**Defense Exhibit 6 - Speaks Affidavit**     **Page 1 of 1**