UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ZACHERY WILSON<br>Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 2:16-cv-00634-MHH-SGC<br>) |
| ANGELA MIREE, et al.,<br>Defendants. | )<br>)<br>) |

### A F F I D A V I T

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Roderick Gason who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Roderick Gadson. I am currently employed with the Alabama Department of Corrections as a Correctional Officer at William E. Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, Alabama 35023.

In this complaint, inmate Zachery Wilson B/198832 alleges that, I, Correctional Officer Roderick Gadson, discharged chemical agent directly in his face and assaulted him while he was handcuffed behind his back. This is not true.

On April 12, 2017, at approximately 6:35 p.m., I was assisting in securing D-Unit inmates back into their assigned cells. I was on the top tier near cell 36 when I heard a commotion coming from down the tier cell 25. As I reached cell 25, I observed inmate Wilson viciously assaulting Correctional Officer Teshaura Turnbull while lying on his back on the bottom rack, repeatedly kicking her and causing her shirt to tear. I, along with Correctional Officer Rickey Cunningham, entered the cell and took inmate Wilson to the floor. Inmate Wilson was secured in handcuffs, assisted to his feet and escorted to the Health Care Unit.

*Roderick Gadson CO*
Roderick Gadson, Correctional Officer

SWORN TO AND SUBSCRIBED before me this 30th day of January 2018.

*Faylor A. Rutley*
Faylor Rutley, NOTARY PUBLIC
October 31, 2020
My Commission Expires

**Defense Exhibit 8 - Gadson Affidavit**                              **Page 1 of 1**