On April 12, 2017 at approximately 6:35 pm, I, Correctional Officer Roderick Gadson was assisting in securing D-Unit inmates back into their assigned cells. I, Officer Gadson was on the top tier around cell 36 when I heard a commotion coming from down the tier cell 25. As I reached cell 25, I observed inmate Zachary Wilson B/M 198832 viciously assaulting Correctional Officer Teshaura Turnbull while lying on his back on the bottom rack repeatedly kicking her causing Officer Turnbull's shirt to tear. I, Officer Gadson entered the cell and assisted Correctional Officer Rickey Cunningham in taking inmate Wilson to the floor. I, Officer Gadson along with Officer Cunningham secured handcuffs on inmate Wilson, assisted him to his feet and escorted inmate Wilson to the Health Care Unit.

*R. Gadson* 4/12/17