# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ZACHERY WILSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:16-cv-0634-MHH-SGC |
| RODERICK GADSON, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

The magistrate judge entered a report on September 30, 2019, recommending that Officer Gadson's motion for summary judgment be denied. (Doc. 72). The magistrate judge advised the parties of their right to file specific written objections within 14 days. The Court has not received objections.

A district court "may accept, reject, or modify, in whole or part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district court reviews legal conclusions in a report de novo and reviews for plain error factual findings to which no objection is made. *Garvey v. Vaughn*, 993 F.2d 776, 779 n. 9 (11th Cir. 1993); *see also LoConte v. Dugger*, 847 F.2d 745, 749 (11th Cir. 1988); *Macort v. Prem, Inc.*, 208 Fed. Appx. 781, 784 (11th Cir. 2006).

Having reviewed the materials in the record, the Court adopts the magistrate judge's report and accepts her recommendation. Accordingly, the Court denies

Officer Gadson's motion for summary judgment and refers this matter to the magistrate judge for further proceedings.

The Clerk shall please serve a copy of this order on the plaintiff and on counsel of record.

**DONE** and **ORDERED** this 8th day of November, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE