# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ZACHERY WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:16-cv-634-MHH-SGC |
| | ) |
| RODERICK GADSON, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Assistant Attorney General Sara M. (Peggy) Rossmanith, and enters her appearance as counsel for the Defendant in the above-styled cause.

Respectfully submitted,

Steve Marshall
*Attorney General*


*/s/ Peggy M. Rossmanith*
SARA M. (PEGGY) ROSSMANITH
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2021, I electronically filed the foregoing notice of appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard Allan Rice, Esq.
The Rice Law Firm LLC
P.O. Box 453
Birmingham, AL 35201

Richard P Rouco, Esq.
Quinn, Connor, Weaver,
Davies, & Rouco, LLP
Two North Twentieth Street
Suite 930
Birmingham, AL 35203


*/s/ Peggy M. Rossmanith*
SARA M. (PEGGY) ROSSMANITH
Assistant Attorney General


ADDRESS OF COUNSEL:
Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130
(334) 242-7300 Office
(334) 353-8400 Fax
Sara.rossmanith@Alabamaag.gov