# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ZACHERY WILSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:16-cv-634-MHH-SGC |
| RODERICK GADSON, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES NOW the undersigned, John A. Selden, counsel for the Defendant, and respectfully requests this Court for leave to withdraw. Undersigned counsel has left the Alabama Attorney General's Office, and the other counsel of record for the Defendant will continue to represent him in this matter.

Respectfully submitted,

*/s/ John A. Selden*
JOHN A. SELDEN
Legal Counsel
Alabama Judicial Inquiry Commission

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2021, I electronically filed the foregoing notice of appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard Allan Rice, Esq.
The Rice Law Firm LLC
P.O. Box 453
Birmingham, AL 35201

Richard P Rouco, Esq.
Quinn, Connor, Weaver,
Davies, & Rouco, LLP
Two North Twentieth Street
Suite 930
Birmingham, AL 35203


*/s/ John A. Selden*
JOHN A. SELDEN
Legal Counsel
Alabama Judicial Inquiry Commission


ADDRESS OF COUNSEL:
401 Adams Avenue, Suite 720
P.O. Box 303400
Montgomery, AL 36130
Phone: 334-353-1384
Fax: 334-353-4043
john.selden@jic.alabama.gov