# United States District Court
## Northen District Of Alabama

Zachary Wilson #198832

Civil Action 2:16-CV-634-MHH

V.

Roderick Gadson,
Defendant

## Motion Of Consciousness

I, Zachary Wilson #198832 hereby certify and affirm that I'm writing this exigent missive to notify this Honorable Court of the foregoing and/or aforementioned lawsuit settlement agreement and release that was advanced to my undisclosed attorney via Alabama General Liability Trust Fund on June 3rd 2022. Richard Ruoco was not available during the advancement of the heretofore measures. Therefore I was notified via a conversation with the active attorney in which who recieved the check of an undisclosed kind to where only him and I know the sort of check that he recieved. My attorney and/or esq, or counsel left a Ms. Ebony Coleman at Donaldson Correctional Facility in Bessemer, Alabama a message on her administration business office phone letting her know that he wish

to open up Zachary D. Wilson #198832 W-25 an inmate PMOD account of a undisclosed amount of cash due to the lawsuit agreement. The Alabama Reliability Trust Fund resides in Montgomery, Alabama which is the State Capital and Alabama Penal System top officials are located. Therefore, and by reason thereof, the foregoing motion to dismiss the attorneys would be to NO AVAIL, thereby my other undisclosed attorney, esq., and/or counsel notified me to write district Judge Madeline Hughes Haikala that the money was safely sent to Richard Rice, whom purchased a Cashier Check and will have it sent to me Zachary Wilson #198832 at the Donaldson Correctional Facility. Be blessed and have a wonderful day.

Date: June 5th 2022           Zachary Wilson, #198832

Date: June 9th 2022

I hereby certify and affirm that I Zachary Dantrell Wilson sent a notarized Power of Attorney declaration to Esq, and/or attorney Richard A. Rice whom recieved the Plaintiff lawsuit settlement funds and therefore he will deposit the check in a personal bank account in the Plaintiff government name.
                              Zachary Dantrell Wilson #198832

Zachary D. Wilson #198832
100 Warrior Lane
Bessemer, AL. 35023

Legal Only





To: Office Of
Clerk, United States District Court
Northern District Of Alabama
Hugo L. Black United States Courthouse
1729 5TH Avenue North
Birmingham, AL. 35203-2037