FILED

2022 Jun-17 PM 01:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ZACHERY WILSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION No.:** |
| | ) | **2:16-cv-634-MHH** |
| **RODERICK GADSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Defendants in this case, by and through the Attorney General for the State of Alabama, and the Plaintiff's counsel, Richard Rice, respectfully submit this Joint Stipulation of Dismissal with Prejudice, wherein the parties represent that this matter has been fully resolved pursuant to the terms set forth in the Full and Final Settlement Agreement and Release, which has been signed by the parties. The parties therefore seek a Court Order dismissing this case with prejudice.

Respectfully submitted on June 17, 2022.

/s/ Richard A. Rice
Richard Rice[1] WITH PERMISSION
The Rice Firm, LLC
115 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203
(205) 618-8733 ext. 101 (T)
(888) 391-7193 (F)
RRice@rice-lawfirm.com

---

[1] This Joint Stipulation of Dismissal contains Plaintiff's Counsel's electronic signature with permission, pursuant to the attached Exhibit 1.

1

Sara M. (Peggy) Rossmanith
*Assistant Attorney General*
Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130
(334) 242-7300 (T)
(334) 353-8400 (F)
Sara.Rossmanith@Alabamaag.gov

2