# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ZACHERY WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:16-cv-00634-MHH |
| ) | |
| RODERICK GADSON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The plaintiff filed a motion on September 16, 2022, asserting that, in violation of the parties' settlement agreement, the $350 filing fee for this action was deducted from the settlement he received. (Doc. 133). He asks that the court reimburse the filing fee. (*Id.*). District Judge Haikala referred the motion to the undersigned magistrate judge and directed counsel for the defendant to provide a copy of the parties' settlement agreement for in camera review. (Doc. 134).

The undersigned has reviewed the settlement agreement. It does not provide for payment of the filing fee by the defendant or otherwise exempt the plaintiff from his obligation under 28 U.S.C. § 1915(b)(2) to pay the filing fee by deductions and remittances from his inmate account, including from the deposit of the settlement funds paid pursuant in this case. Therefore, the plaintiff September 16, 2022 motion (Doc. 133) is **DENIED**.

2

**DONE** this 17th day of April, 2023.

                                                    _/s/ Staci G. Cornelius_
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE