Hi Mrs. HaiKala, how are you doing Madam? I would like to begin this missive by writing, (May God Almighty Bless, Prosper, With Green Pastures, Your Loved One And yourself.) I merely wish you a glorious New Years of strength both Spiritually and Healthwise. The sole purpose for this epistle is to reveal how these state officials displayed such disrespect to the Civil Claim (Settlement Agreement And Release) avoidance of the expense of litigation. As you can espy, these state official took it upon themselves to deduct $2,000 from my PUNITIVE DAMAGE injunction relief and falsely stated that the $2,000 was for Court Order Payments when the Courts do not have on records any payments from this particular deduction from the state officials. A $941.60 payment was deduct and the ending balance of $1,059.65 was not and to date have not been transferred back to my inmate PMOD account. Furthermore, I was not allowed to order anything outside of an Correctional Canteen order, such as food/hygiene incentive package, clothing package and shoe order. To date, I am not allowed to recieve funds from my loved ones/friends, because the state officials have me on restrictions from recieving funds from society for no apparent reason and/or without penological justification to do so. As you can espy, your Magistrate Judge Ms. Staci G. Cornelius merely directed and advised the state officials who knowing, willfully, and unconsiously took the $2,000 to stop withholding money from my account which they have conspicuously and pellucidly failed to do so to date. Proof is readily available. (Be Blessed Mrs. HaiKala) Sincerely, Zachery Wilson

Case 2:16-cv-00634-MHH   Document 131   Filed 08/17/22   Page 1 of 2

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

ZACHERY WILSON,            )
AIS# 198832                )
                           )
    Plaintiff,             )
                           )  Case No. 2:16-cv-00634-MHH
v.                         )
                           )
RODERICK GADSON,           )
                           )
    Defendant.             )

## ORDER

The court entered an order on June 1, 2016, directing the warden or chief jailer of the prison or jail housing the plaintiff to deduct funds from the plaintiff's inmate accounts. (Doc. 8). According to the Clerk of Court, the plaintiff has paid the entire filing fee for this action. Therefore, the warden or chief jailer is **DIRECTED** to stop withholding money from the plaintiff's inmate accounts for the filing fee in this case.

The warden or chief jailer is **ADVISED** this order applies only to the filing fee in this action and not to any other action the plaintiff may have pending.

If the court has received funds in excess of $350 to pay the filing fee for this action, the Clerk of Court is **DIRECTED** to reimburse the plaintiff for the overpayment.

The Clerk is further **DIRECTED** to serve a copy of this order on the warden or chief jailer of William E. Donaldson Correctional Facility, 100 Warrior Lane,

Bessemer, Alabama, 35023, and the Departmental Fiscal Manager for the Alabama Department of Corrections.

**DONE** this 17th day of August, 2022.

*Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE

07/01/2022 Mr. Sullivan (Business Manager) received from Officer Letts a check ($10,000) (Zachary Wilson-198832).

*[Signature]*

*[Image of a PNC Bank Cashier's Check No. 471520, dated 02/../2022, pay to the order of Zachary Wilson, remitter "ICE FIRM LLC" (partially obscured), amount $10,000.00 — "Thousand and 00/100" DOLLARS, PNC Bank, National Association, Alabama, with official signature.]*

the Complaint filed in Case Number 2:16-cv-634-MHH are released here.

2. **Full and Final Settlement.** No promise or inducement which is not herein expressed has been made, and in executing this Settlement Agreement and Release, the Plaintiff does not rely upon any statements or representations made by any person, firm, agency, department, or corporation hereby released, or any agent or other person representing him.

3. **Agreement Not an Admission.** The Plaintiff understands and agrees that this is a settlement of a disputed claim and that the Settlement Agreement and Release shall not be construed as an admission of liability, fault, wrongdoing or a recognition or admission of the validity of any claim or cause of action asserted by the Plaintiff. This Agreement shall neither constitute nor be construed as an admission by either party as to any matter in dispute in this civil action (2:16-cv-634-MHH) or as evidencing in any way an admission of the truth or correctness of any claim asserted in this civil action (2:16-cv-634-MHH). The Defendant denies each and every material allegation made against him by the Plaintiff and expressly denies that he is liable to the Plaintiff based on the claims asserted in this civil action (2:16-cv-634-MHH). The Parties enter into this Agreement only to avoid the expense of litigation.

4. **Entire Agreement.** This Settlement Agreement and Release contains the entire agreement between the parties. The terms of the Settlement

## Alabama Department of Corrections

**ITF017**

### Transaction Report for 00198832-WILSON, ZACHARY DANTRELL BedNumber: V18-1A

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| Miscellaneous Deposit Rice Firm LLC | 7/6/2022 | 7/6/2022 Ck-Cashiers Ck | $8,000.00 | $8,000.00 | $2,000.00 | $2,000.00 DONL |
| Replacement Id | 10/13/2021 | 7/6/2022 Process Unpaid Fee Created 06/02/2022 1 Replacement Id Fee Assessed at FOUN | ($3.00) | $7,997.00 | $0.00 | $2,000.00 DONL |
| Freeze Account | 8/8/2022 | 7/6/2022 30 day hold on $10,000 cashier check until it clears bank. | ($10,000.00) | $7,997.00 | $0.00 | $2,000.00 DONL |
| Co-Pay P Provider Department of Corrections | 7/18/2022 | 7/22/2022 1 Co-Pay P Provider Fee Assessed | ($4.00) | $7,993.00 | $0.00 | $2,000.00 DONL |

Run Date: 8/2/2022 5:56:18 PM

Page 742 of 901

# Alabama Department of Corrections    ITF017

## Transaction Report for 00198832-WILSON, ZACHARY DANTRELL BedNumber: O42-1A

| Transaction Type | Effective Date | Transaction Date | Transaction Amount | Ending Balance | C.O.P. Escrow Amount | C.O.P. Escrow Ending Balance |
|---|---|---|---|---|---|---|
| Canteen Purchase STCL Canteen | 11/4/2024 | 11/4/2024 Canteen Purchase Tran NR 15262992 | ($0.77) | $0.25 | $0.00 | $1,059.65 STCL |




Run Date: 12/2/2024 7:23:26 AM

From: Zachery Pannell Wilson # 178892
St. Clair Correctional Facility
000 St. Clair Road
Springville, Alabama. 35146

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

"Legal Confidential Mail"

BIRMINGHAM AL
2 JAN 2025 PM

"SECURITY"

To: "District Judge" Madeline Haikala
United States District Court
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North, Room 140
Birmingham, Alabama. 35203-2195